

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COMPASS BANK,<br> Appellant,<br><br>v.<br><br>VICTOR NACIM AND RACHEL NACIM,<br> Appellees. | §<br>§<br>§<br>§<br>§<br>§ | No. 08-12-00318-CV<br><br>Appeal from the<br><br>County Court at Law No 3<br><br>of El Paso County, Texas<br><br>(TC#2009-2946) |

# **O R D E R**

Pending before the Court is an agreed motion to abate the appeal in order for the trial court to enter written findings of fact and conclusions of law. We GRANT the motion and ABATE the appeal in order for the trial court to prepare written findings of fact and conclusions of law in accordance with the Texas Rules of Civil Procedure.

The trial court is directed to file written findings of fact and conclusions of law with the El Paso District Clerk on or before April 30, 2013. The El Paso District Clerk is directed to prepare and file a supplemental clerk's record containing the findings of fact and conclusions of law with the Clerk of this Court on or before May 10, 2013. The appeal will be reinstated by order of the Court after the supplemental clerk's record is filed. Appellant's brief will be due thirty days after the date of the reinstatement order.

IT IS SO ORDERED THIS 1ST DAY OF APRIL, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.
(Rivera, J., not participating)